

**U.S. Department of Justice**

Civil Division

**ORIGINAL**

DMC:ADL:DHarrington
DJ No. 54-2399

Washington, D.C. 20530

April 22, 2003

By Certified Mail

ASSIGNED TO CHIEF JUDGE CARMAN

Mr. Leo M. Gordon
Clerk
United States Court of International Trade
One Federal Plaza
New York, N.Y. 10278-0001

    Re:  United States v. Lee-Hunt International, et al.,
          Court No. 02-00816

Dear Mr. Gordon:

    Pursuant to Rule 4(l) of the Rules of the Court, enclosed for filing is the proof of service of the complaint and summons on Joseph Baughman, a defendant in the above-referenced action.

    If you have any questions, please contact the undersigned at 202-307-0277.

Sincerely,

*David Harrington* (signature)

David A. Harrington
Attorney
Commercial Litigation Branch

UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **ORIGINAL** |
| V. | ) ) | Court No. 02-00816 |
| LEE-HUNT INTERNATIONAL, Inc., a Wyoming Corporation, MARTIN L. LEE, President and CEO, JOSEPH BAUGHMAN, Vice-President, WASHINGTON INTERNATIONAL INSURANCE CO., and FRONTIER INSURANCE CO. | ) ) ) ) ) ) ) ) | ASSIGNED TO CHIEF JUDGE CARMAN |
| Defendants. | ) ) | |

### DECLARATION

On _March 28_, 2003, I personally delivered a copy of plaintiff's summons and complaint to JOSEPH BAUGHMAN who is located at: _A Work Site Located At 2135 N. Blue Mountain Rd., Wilson, WY_

I hereby certify under penalty of perjury that the foregoing is true and accurate.

_/s/ Scott Hughes_
Special Agent _Scott Hughes_
~~Bureau of Immigration and Customs Enforcement~~
_Wyoming Division of Criminal Investigation_

Executed on _March 28_, 2003.

RECEIVED & FILED

2003 APR 28  P 1:37

U.S. COURT OF
INTERNATIONAL TRADE
LEO M. GORDON, CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e) THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING-TO WIT  4/23/03

COPY: GWC
4-28-03