UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

_____
                                       )
UNITED STATES,                         )
                                       )
      Plaintiff,                       )
                                       )
      v.                               )   Court No. 02-00816
                                       )
LEE-HUNT INTERNATIONAL, INC., ET AL.,  )
                                       )
      Defendants.                      )
_____ )

**ORDER**

Upon consideration of the parties' joint motion for leave to file a joint status report out of time, and the parties' joint motion to continue the stay of proceedings, and upon due deliberation, it is hereby

ORDERED that the parties's motion is GRANTED; and it is further

ORDERED that all proceedings in this action are stayed until April 27, 2022.

SO ORDERED.


                                                _____
                                                        JUDGE

Dated: _____, 2021
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> LEE-HUNT INTERNATIONAL, INC., ET AL., <br><br> Defendants. | Court No. 02-00816 |

**JOINT MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME AND MOTION TO CONTINUE STAY**

Plaintiff, the United States, and defendant, Frontier Insurance Company (Frontier), respectfully seek leave to file out of time this Joint Status Report and request the Court to continue the stay of all proceedings in this action until April 27, 2022. The parties' joint status report was due on April 20, 2021, and both parties inadvertently miscalendared this event. They regret any inconvenience that they may have caused the Court. The stay entered pursuant to the Court's April 27, 2020 order expires on April 27, 2021. *See* ECF No. 136.

In our May 31, 2017 joint status report we explained that Frontier's liquidation proceeding under the auspices of the State of New York is ongoing, and that the stay in this case is the result of a provision in the October 15, 2001 Order of Rehabilitation entered by the Supreme Court of the State of New York, County of New York, appointing the Superintendent of Insurance of the State of New York as rehabilitator of Frontier. ECF No. 130 at p. 1. We further explained that the Order of Rehabilitation, and the subsequent Order of Liquidation issued by the Supreme Court of the State of New York, enjoin all persons from prosecuting any action against Frontier. *Id*.

Frontier's liquidation proceeding remains ongoing, and we are not aware of any revisions by the Supreme Court of the State of New York to the Order of Liquidation that would allow us to proceed in the pending claims pending before this Court. We will continue to monitor Frontier's liquidation proceeding, and we will notify the Court if Supreme Court of the State of New York revises the Order of Liquidation to allow for the prosecution of actions against Frontier, or if the Government's claims against Frontier in this action are resolved in the context of Frontier's liquidation proceeding.

For the foregoing reasons, we respectfully request that the Court grant leave to file this Joint Status Report and motion, and to avoid any prejudice to the Government's claims against Frontier, we respectfully request the Court to continue the stay in this matter through and including April 27, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/Thomas R. Ferguson | BRIAN M. BOYNTON |
| THOMAS R. FERGUSON, ESQ. | Acting Assistant Attorney General |
| Sandler, Travis & Rosenberg P.A. | |
| 601 Montgomery Street, Suite 1208 | JEANNE E. DAVIDSON |
| San Francisco, CA 94111 | Director |
| | |
| Counsel for Frontier Insurance Company | /s/Patricia M. McCarthy |
| | PATRICIA M. McCARTHY |
| | Assistant Director |
| | |
| | /s/Delisa M. Sánchez |
| | DELISA M. SANCHEZ |
| | Trial Attorney |
| | Commercial Litigation Branch |
| | Civil Division |
| | Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 616-0337 |
| | |
| April 23, 2021 | Attorneys for Plaintiff |

**CERTIFICATE OF FILING**

I hereby certify that on April 23, 2021, the foregoing "JOINT MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME AND MOTION TO CONTINUE STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez