UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

_____
                                                        )
THE UNITED STATES,                      )
                                                        )
      Plaintiff,                              )
                                                        )
    v.                                              )   Court No. 02-00816
                                                        )
LEE-HUNT INTERNATIONAL, INC., ET AL.,  )
                                                        )
      Defendants.                         )
_____)

**ORDER**

Upon consideration of the parties' joint status report, and the parties' joint motion to continue the stay of proceedings, and upon due deliberation, it is hereby

ORDERED that the parties's motion is GRANTED; and it is further

ORDERED that all proceedings in this action are stayed until April 27, 2024.

SO ORDERED.

_____
JUDGE

Dated: _____, 2023
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 02-00816 |
| LEE-HUNT INTERNATIONAL, INC., ET AL., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Plaintiff, the United States, and defendant, Frontier Insurance Company (Frontier), respectfully request the Court to continue the stay of all proceedings in this action until April 27, 2024. The stay entered pursuant to the Court's April 20, 2022 order expires on April 27, 2023.

In our May 31, 2017 joint status report we explained that Frontier's liquidation proceeding under the auspices of the State of New York is ongoing, and that the stay in this case is the result of a provision in the October 15, 2001 Order of Rehabilitation entered by the Supreme Court of the State of New York, County of New York, appointing the Superintendent of Insurance of the State of New York as rehabilitator of Frontier. ECF No. 130 at p. 1. We further explained that the Order of Rehabilitation, and the subsequent Order of Liquidation issued by the Supreme Court of the State of New York, enjoin all persons from prosecuting any action against Frontier. *Id*.

Frontier's liquidation proceeding remains ongoing, and we are not aware of any revisions by the Supreme Court of the State of New York to the Order of Liquidation that would allow us

to proceed in the pending claims pending before this Court. We will continue to monitor Frontier's liquidation proceeding, and we will notify the Court if Supreme Court of the State of New York revises the Order of Liquidation to allow for the prosecution of actions against Frontier, or if the Government's claims against Frontier in this action are resolved in the context of Frontier's liquidation proceeding.

For the foregoing reasons, and to avoid any prejudice to the Government's claims against Frontier, we respectfully request the Court to continue the stay in this matter through and including April 27, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/Thomas R. Ferguson<br>THOMAS R. FERGUSON, ESQ.<br>Sandler, Travis & Rosenberg, P.A.<br>414 Jackson Street, Suite 200<br>San Francisco, California 94111<br><br>Counsel for Frontier Insurance Company | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>/s/Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Director<br><br>/s/Delisa M. Sánchez<br>DELISA M. SANCHEZ<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0337<br>Fax: (202) 305-7643 |
| Dated: April 19, 2023 | Attorneys for Plaintiff |

**CERTIFICATE OF FILING**

I hereby certify that on April 19, 2023, the foregoing "JOINT STATUS REPORT AND MOTION TO CONTINUE STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Delisa M. Sánchez