UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| THE UNITED STATES,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>LEE-HUNT INTERNATIONAL, INC., ET AL.,  )<br>  )<br>  Defendants.  )<br>  ) | Court No. 02-00816 |

## JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL

Plaintiff, the United States, respectfully provides notice that the claims advanced by the United States against Frontier in this case have been resolved in the context of Frontier's liquidation proceeding under the auspices of the State of New York.

Accordingly, the United States, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, hereby voluntarily dismisses the claims listed in plaintiff's December 19, 2002 complaint against Frontier with prejudice and with each party to bear its own costs and fees.

On April 24, 2024, Counsel for Frontier conferred with Mr. Edward Hayes, Deputy General Counsel, Legal Division, of the New York State Liquidation Bureau (NYLB). Mr. Hayes confirmed that the Government's claim had been satisfied and further indicated that, post liquidation, Frontier no longer existed and there was no NYLB objection to the dismissal. As such, Counsel agrees to the Government's dismissal of its claims with prejudice.

      Respectfully submitted,

| | |
|---|---|
| /s/Jason M. Kenner<br>JASON M. KENNER, ESQ.<br>Sandler, Travis & Rosenberg, P.A.<br>675 Third Avenue, Suite 1805-06<br>New York, New York 10017<br>Tel. (212) 549-0137<br>Counsel for Frontier Insurance Company | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>/s/Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Director<br><br>/s/Delisa M. Sánchez<br>DELISA M. SANCHEZ<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0337<br>Fax: (202) 305-7643 |
| Dated:  April 26, 2024 | Attorneys for Plaintiff |