**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 8

| | |
|---|---|
| THE UNITED STATES,<br><br>                              Plaintiff,<br><br>      v.<br><br>LEE HUNT INTERNATIONAL, INC., ET AL.,<br><br>                              Defendant. | Court No. 02-00816 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: May 3, 2024

DELISA M. SANCHEZ
_____
Attorney for Plaintiff
P.O. Box 480, Ben Franklin Station
_____
Street Address
Washington, D..C, 20044
_____
City, State and Zip Code
202-616-0337
_____
Telephone No.

JASON M. KENNER
_____
Attorney for Defendant
675 Third Avenue, Suite 1805-06
_____
Street Address
New York, NY 10017
_____
City, State and Zip Code
212-549-0317
_____
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 02-00816 | United States | All claims against Frontier Insurance Company set forth in Count IV of the complaint. | |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                                Clerk, U. S. Court of International Trade

                                                By: _____
                                                           Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)